```
DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROBERT DAVID REES (CABN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7210
    FAX: (415) 436-7234
    Email: robert.rees@usdoj.gov

Attorneys for United States of America
```

FILED

Apr 23 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 20-70342 JSC |
|---|---|
| Plaintiff, | ) |
| v. | ) [PROPOSED] DETENTION ORDER |
| LEGALO J. HARO, | ) |
| Defendant. | ) |

On February 19, 2019 defendant Legalo Haro was charged in the Northern District of Florida in a two-count superseding indictment with conspiracy to possess with intent to distribute 50 grams or more of methamphetamine, 500 grams or more of a mixture containing methamphetamine, and 100 kilograms or more of a mixture containing marijuana, all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).  He was also charged with a violation of money laundering conspiracy, in violation of Title 18, United States Code, Sections 1956(a) and 1956(h).  The defendant was arrested in the Northern District of California on March 20, 2020.

This matter came before the Court on April 21, 2020, for a detention hearing.  The defendant was present telephonically, with his consent, and represented by Assistant Federal Public Defender Angela Hanson, who also appeared telephonically.  Assistant United States Attorney Robert Rees appeared for

the government, also telephonically.  The government moved for detention, and the defendant opposed.  At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the person as required in the Northern District of Florida.  Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1).  As noted on the record, the Court makes the following findings as the bases for its conclusion:  the defendant lacks significant ties in the Northern District of California with a transient lifestyle here; the defendant lacks any legitimate ties in the Northern District of Florida, where he must make his appearances in this case; the proposed sureties did not appear to offer significant assistance with being able to assure that the defendant make his appearances in the Northern District of Florida as required; and the defendant has little verifiable employment.  These findings are made without prejudice to the defendant's right to seek review of defendant's detention, or to file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1.  The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2.  The defendant be afforded reasonable opportunity for private consultation with counsel; and

3.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

1  DATED: April 23, 2020

_____
HONORABLE THOMAS S. HIXSON
United States Magistrate Judge